# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | February 7, 2013 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER:** | CV-12-4880 (ILG) |
| **NAME OF CASE:** | ROLLIS V. KSW, INC. ET AL |
| **FOR PLAINTIFF(S):** | Hopkins |
| **FOR DEFENDANT(S):** | Hefter for KSW, O'Toole for Related Companies |
| **NEXT CONFERENCE(S):** | (See Rulings Below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

The parties report that, if the settlement of the Delaware Action described in the status report filed on January 23, 2013 (DE 6) is approved, that approval will resolve the claim sin this case as well. Accordingly, and with the agreement of all parties, all further proceedings in this action are stayed pending furthe order of the court. The parties will submit an updated status report by MARCH 15, 2013.