UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK J. ROLLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KSW, INC., FLOYD WARKOL, JOHN CAVANAGH, WARREN KOGAN, STANLEY KREITMAN, EDWARD LAGRASSA, KOOL ACQUISITION LLC, KOOL ACQUISITION CORPORATION, and RELATED COMPANIES, L.P.,<br><br>Defendants. | **Case No. 1:12-cv-04880-ILG-SMG**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Frank J. Rollis ("Plaintiff"), through his undersigned counsel, respectfully dismisses this action, with prejudice.

Dated: May 17, 2013                                   Respectfully submitted,

LEVI & KORSINSKY, LLP

 /s/ Shannon L. Hopkins
Shannon L. Hopkins, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Plaintiff*